

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00025-CV

| | | |
|---|---|---|
| B.E.K., Appellant | § | On Appeal from the 355th District Court |
| V. | § | of Hood County (D2022080) |
| | § | June 27, 2024 |
| C.G.E., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's protective order. It is ordered that the protective order of the trial court is affirmed.

It is further ordered that appellant B.E.K. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker